```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                           WESTERN DIVISION

 4      THE HONORABLE GEORGE H. KING, UNITED STATES DISTRICT JUDGE

 5

 6   UNITED STATES OF AMERICA,           )
                                         )
 7                      PLAINTIFF,       )
              VS.                        )    NO. CR-07-0134-DDP
 8                                       )
     SONNY VLEISIDES,                    )
 9                                       )
                        DEFENDANT.       )
10   _____)

11

12

13

14               REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                     LOS ANGELES, CALIFORNIA

16            WEDNESDAY, SEPTEMBER 23, 2009; 9:38 A.M.

17                       SETTLEMENT CONFERENCE

18

19

20

21

22

23                               MARY RIORDAN RICKEY, CSR 11252
                                 OFFICIAL COURT REPORTER
24                               255 EAST TEMPLE STREET
                                 ROOM 181-G
25                               LOS ANGELES, CALIFORNIA  90012
                                 MARY.USDC@YAHOO.COM
```

```
 1   APPEARANCES OF COUNSEL:

 2

 3      FOR THE PLAINTIFF:

 4           U.S. DEPARTMENT OF JUSTICE
             UNITED STATES ATTORNEY'S OFFICE
 5           BY:  GEORGE CARDONA
                    ACTING UNITED STATES ATTORNEY
 6               DANIEL A. SAUNDERS
                    ASSISTANT UNITED STATES ATTORNEY
 7           1500 U.S. COURTHOUSE
             312 NORTH SPRING STREET
 8           LOS ANGELES, CALIFORNIA  90012
             (213) 894-2434
 9

10      FOR THE DEFENDANT:

11           LAW OFFICES OF GREGORY NICOLAYSEN
             BY:  GREGORY NICOLAYSEN
12                  ATTORNEY AT LAW
             27240 TURNBERRY LANE
13           SUITE 200
             VALENCIA, CALIFORNIA  91355
14           (818) 970-7247

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            LOS ANGELES, CALIFORNIA; WEDNESDAY, SEPTEMBER 23, 2009

 2                              9:38 A.M.

 3                               --OOO--

 4           THE CLERK:  PLEASE REMAIN SEATED AND COME TO ORDER.

 5           THIS UNITED STATES DISTRICT COURT IS AGAIN IN

 6   SESSION, THE HONORABLE GEORGE H. KING, JUDGE PRESIDING.

 7           CALLING ITEM 1 ON THE COURT'S CALENDAR, CRIMINAL

 8   07-134-DDP, UNITED STATES OF AMERICA VERSUS SONNY VLEISIDES.

 9           COUNSEL, PLEASE COME FORWARD AND STATE YOUR

10   APPEARANCES FOR THE RECORD.

11           MR. SAUNDERS:  DANIEL SAUNDERS FOR THE GOVERNMENT.

12   ALSO PRESENT WITH ME ON BEHALF OF THE UNITED STATES ARE ACTING

13   U.S. ATTORNEY GEORGE CARDONA AND U.S. POSTAL INSPECTOR

14   SHERRY DELANEY WHO IS THE LEAD CASE AGENT ON THIS CASE.

15           THE COURT:  ALL RIGHT.  VERY GOOD.  GOOD MORNING.

16           MR. NICOLAYSEN:  GOOD MORNING, YOUR HONOR.

17   GREGORY NICOLAYSEN APPEARING AS COUNSEL OF RECORD FOR

18   DEFENDANT SONNY VLEISIDES WHO IS PRESENT ON BOND.  WE THANK

19   THE COURT VERY MUCH FOR BEING AVAILABLE TO US.

20           THE COURT:  YES, GOOD MORNING.  ALL RIGHT.

21           MR. NICOLAYSEN, WHY DON'T YOU AND YOUR CLIENT

22   APPROACH THE LECTURN.  I JUST WANT TO HAVE SOME PROCEDURAL

23   MATTERS PUT ON THE RECORD TO ENSURE THAT IT IS APPROPRIATE FOR

24   US TO CONDUCT THIS SETTLEMENT CONFERENCE.

25           MR. NICOLAYSEN:  ABSOLUTELY.
```

1        *(MR. NICOLAYSEN AND MR. VLEISIDES APPROACH LECTURN.)*

2             THE COURT:  ALL RIGHT.  THIS MATTER'S BEFORE US FOR

3    SETTLEMENT CONFERENCE.  PURSUANT TO THE PARTIES' DESIRE AND

4    REQUEST, THIS MATTER HAS BEEN REFERRED TO US BY JUDGE

5    DEAN PREGERSON, THE TRIAL JUDGE, FOR US TO CONDUCT A

6    SETTLEMENT CONFERENCE TO SEE IF A DISPOSITION CAN BE WORKED

7    OUT IN THIS MATTER SHORT OF TRIAL.

8             THE RECORD SHOULD REFLECT THAT MR. SONNY VLEISIDES

9    IS PRESENT AND IS REPRESENTED BY HIS COUNSEL, MR. GREGORY

10   NICOLAYSEN AND THAT THE GOVERNMENT IS PRESENT, REPRESENTED BY

11   MR. DANIEL SAUNDERS, A.U.S.A.

12            THE PURPOSE OF THIS ON-THE-RECORD SESSION IS TO

13   ENSURE THAT EVERYONE IS WILLING AND DESIROUS OF PROCEEDING

14   WITH THE SETTLEMENT CONFERENCE.

15            TO THAT END, ALTHOUGH THE PARTIES HAVE ALREADY

16   INDICATED TO THE COURT THROUGH THE COURT CLERK THAT THAT'S

17   YOUR DESIRE, I WANT TO MAKE SURE THAT THE GROUND RULES FOR

18   TODAY'S CONFERENCE ARE CLEARLY SET FORTH SO THAT ALL PARTIES,

19   INCLUDING MR. VLEISIDES INDIVIDUALLY AND PERSONALLY,

20   UNDERSTAND THESE GROUND RULES AND WOULD BE AGREEABLE TO

21   PARTICIPATING UNDER THOSE CONDITIONS.

22            MR. VLEISIDES, FIRST OF ALL, LET ME ADDRESS YOU.

23   AND THAT IS, FIRST AND FOREMOST, YOU UNDERSTAND THAT ANY

24   PARTICIPATION BY YOU IN THIS SETTLEMENT CONFERENCE IS ENTIRELY

25   AND PURELY VOLUNTARILY.

```
 1                  DO YOU UNDERSTAND THAT?
 2             THE DEFENDANT:  YES, SIR, YOUR HONOR, I DO.
 3             THE COURT:  SO EVEN THOUGH YOUR COUNSEL HAS STATED
 4   THAT IT IS YOUR DESIRE TO PARTICIPATE IN THIS SETTLEMENT
 5   CONFERENCE, YOU UNDERSTAND THAT I'M GOING SET FORTH THESE
 6   GROUND RULES, AND AT THE END OF THAT, I'M GOING TO ASK YOU IN
 7   LIGHT OF THOSE GROUND RULES WHETHER OR NOT YOU INTEND AND
 8   DESIRE TO PERSIST IN YOUR STATED DESIRE TO PARTICIPATE IN THE
 9   CONFERENCE.
10                  DO YOU UNDERSTAND THAT?
11             THE DEFENDANT:  YES, SIR.
12             THE COURT:  ALL RIGHT.  SO LET ME EXPLAIN THESE
13   RULES TO YOU.  OBVIOUSLY, IF YOU CHANGE YOUR MIND AFTER YOU
14   HEAR THEM, I WILL RESPECT YOUR DECISION.
15             I'M HERE TO CONDUCT A SETTLEMENT CONFERENCE ONLY.  I
16   WILL HAVE ABSOLUTELY NO PARTICIPATION IN THE TRIAL OF YOUR
17   CASE SHOULD THIS MATTER GO TO TRIAL.
18             THIS WILL REMAIN WITH JUDGE PREGERSON.  IT IS HIS
19   CASE.  IF THIS HAS TO BE TRIED, YOU WOULD GO BACK HIM.  EVEN
20   IF WE WERE TO REACH A SETTLEMENT, ALL FURTHER PROCEEDINGS WILL
21   BE RETURNED TO JUDGE PREGERSON, AND HE WOULD HANDLE ALL OF
22   THAT.
23                  DO YOU UNDERSTAND THAT, MR. VLEISIDES?
24             THE DEFENDANT:  YES, I DO.
25             THE COURT:  MOREOVER, WHATEVER WE MAY SAY IN THE
```

1  COURSE OF THE SETTLEMENT CONFERENCE, I WILL NOT SHARE WITH
2  JUDGE PREGERSON.  AND THE REASON FOR DOING THAT IS THAT I WANT
3  TO ENCOURAGE THE MOST CANDID DISCUSSION WITH ME BY BOTH SIDES
4  SO THAT THEY CAN BE ASSURED THAT NOTHING THAT'S SAID TO ME IN
5  CANDOR DURING SETTLEMENT WILL EVER GET BACK TO THE TRIAL
6  JUDGE.
7          THE ONLY THING JUDGE PREGERSON WILL KNOW IS IF THE
8  CASE SETTLES OR DOESN'T SETTLE.
9          IF THE CASE SETTLES, OF COURSE, HE WILL HAVE TO KNOW
10  THE TERMS OF THE SETTLEMENT SO THAT HE CAN CONDUCT FURTHER
11  PROCEEDINGS.
12          IF THE CASE DOESN'T SETTLE, THAT'S ALL HE WILL KNOW.
13  I WILL TELL HIM THE CASE DID NOT SETTLE DESPITE OUR EFFORTS.
14  I WILL NOT TELL HIM WHICH SIDE -- IF INDEED THERE IS A SIDE OR
15  BOTH SIDES, ULTIMATELY, DECIDE THAT SETTLEMENT ISN'T FOR HIM
16  OR THEM.
17          AND DO YOU UNDERSTAND THAT, MR. VLEISIDES?
18          THE DEFENDANT:  YES, I DO.
19          THE COURT:  NOW, IF WE BEGIN WITH THE SETTLEMENT,
20  WHAT WE'LL DO IS WE WILL ADJOURN TO CHAMBERS.  YOU WILL WAIT
21  HERE IN THE COURTROOM.  I WILL HAVE SOME BRIEF DISCUSSIONS
22  WITH COUNSEL SO THAT I UNDERSTAND SORT OF LIKE WHAT THE
23  BACKGROUND IS AND THE LAY OF THE LAND.  I KNOW VIRTUALLY
24  NOTHING ABOUT THIS CASE OTHER THAN HAVING READ THE INDICTMENT
25  IN THIS CASE.

1         AND THEN I WILL CAUCUS INDIVIDUALLY.  I WILL TALK TO
2    EITHER MR. SAUNDERS FIRST OR WITH MR. NICOLAYSEN, DEPENDING
3    UPON WHAT MAKES SENSE AFTER WE HAVE OUR INITIAL DISCUSSIONS.
4         AND WHAT I SAY OR THEY SAY TO ME WHILE WE'RE
5    SEPARATELY CAUCUSING WILL REMAIN WITH THAT PARTY WHO MADE THE
6    DISCLOSURE.  NOTHING THAT'S SAID TO ME WILL EVER BE DISCLOSED
7    TO THE OTHER SIDE ABSENT A SPECIFIC AUTHORIZATION BY THE
8    DISCLOSING PARTY THAT IT SHOULD BE DISCLOSED TO THE OTHER
9    SIDE.
10        I WANT THE PARTIES TO BE OPEN AND FRANK WITH ME, NOT
11   TO TAKE ON NEGOTIATING POSITIONS WITH ME BECAUSE I'M NOT
12   NEGOTIATING WITH ANYBODY.  I'M MERELY THE NEUTRAL.  I DON'T
13   NEGOTIATE WITH THE DEFENDANT.  I DON'T NEGOTIATE WITH THE
14   GOVERNMENT.
15        I WANT TO, HOWEVER, KNOW WHAT BOTH SIDES ARE
16   THINKING.  THAT WAY, I CAN BEST DISCHARGE MY ROLE AS A NEUTRAL
17   TO SEE WHETHER OR NOT THERE MIGHT BE SOME COMMON GROUND THAT
18   COULD BE ACHIEVED.  IF SO, TERRIFIC.  IF NOT, THEN WE WILL
19   KNOW THAT WE HAVE GIVEN IT OUR BEST SHOT.
20        THE BOTTOM LINE IS, IF THERE IS NO DISCLOSURE MADE
21   AND, AT THE END OF THE DAY, THERE IS NO SETTLEMENT, THEN
22   NEITHER SIDE WILL BE PREJUDICED OR COMPROMISED IN THEIR
23   POSITION BECAUSE YOU WILL WALK OUT IN THE SAME POSITION THAT
24   YOU WALKED IN.
25        YOU MAY HAVE TOLD ME WHERE YOUR POSITION REALLY

1   MIGHT BE, BUT I'M NOT TELLING ANYBODY.  AND SO IT DOESN'T
2   MATTER, AND I WILL HAVE NO FURTHER PARTICIPATION IN THIS CASE.
3            NOW, AFTER WE TALK ABOUT IT WITH COUNSEL, THERE MAY
4   BE OCCASION IN WHICH IT MIGHT BE DESIRABLE FOR ME TO HAVE A
5   DIRECT CONVERSATION WITH YOU, MR. VLEISIDES.
6            BUT IF THAT WERE TO HAPPEN, IT WOULD ONLY HAPPEN
7   WITH YOUR AGREEMENT, WITH YOUR COUNSEL'S AGREEMENT, IN THE
8   PRESENCE OF YOUR COUNSEL, NOT IN THE PRESENCE OF THE
9   GOVERNMENT -- AND THOSE WOULD BE THE ONLY CIRCUMSTANCES UNDER
10  WHICH WE WOULD HAVE DIRECT CONVERSATION.
11           DO YOU UNDERSTAND THAT?
12           THE DEFENDANT:  YES, I DO.
13           THE COURT:  UNDERSTANDING ALL OF THESE GROUND RULES,
14  MR. VLEISIDES, DO YOU STILL WANT TO PARTICIPATE IN THIS
15  SETTLEMENT DISCUSSION?
16           THE DEFENDANT:  VERY MUCH SO, SIR.
17           THE COURT:  OKAY.  AND, MR. NICOLAYSEN, AS
18  MR. VLEISIDES' COUNSEL, DO YOU LIKEWISE DESIRE TO CONTINUE TO
19  DISCUSS SETTLEMENT UNDER THESE GROUND RULES?
20           MR. NICOLAYSEN:  I DO, YOUR HONOR.  THANK YOU.
21           THE COURT:  MR. SAUNDERS, DO YOU LIKEWISE WISH TO
22  CONTINUE WITH THIS PROCESS?
23           MR. SAUNDERS:  YES, YOUR HONOR.
24           THE COURT:  ALL RIGHT.  THEN WHAT WE'RE GOING TO DO
25  IS WE'RE GOING TO ADJOURN TO CHAMBERS RIGHT NOW.

```
 1               MR. VLEISIDES, WOULD YOU REMAIN IN THE COURTROOM.
 2   IN THE EVENT THAT COUNSEL WILL NEED TO CONFER WITH YOU, HE'LL
 3   KNOW WHERE YOU ARE.
 4               AND, MR. SAUNDERS AND MR. NICOLAYSEN, I DON'T KNOW
 5   WHETHER YOU WANT MR. CARDONA TO ALSO PARTICIPATE, OR IS HE
 6   HERE TO SORT OF ENCOURAGE YOU?
 7               MR. SAUNDERS:  I WOULD LIKE MR. CARDONA --
 8               I DON'T NEED ENCOURAGEMENT, YOUR HONOR.
 9                         (LAUGHTER.)
10               MR. SAUNDERS:  I WOULD LIKE MR. CARDONA TO
11   PARTICIPATE.
12               AND IN ADDITION, YOUR HONOR, THE PARTIES HAVE AGREED
13   THAT -- BECAUSE I AM STILL RELATIVELY NEW TO THIS CASE; I TOOK
14   IT OVER FROM A PRIOR A.U.S.A -- THAT INSPECTOR DELANEY MAY
15   ALSO PARTICIPATE TO THE EXTENT THERE ARE ANY FACTUAL ISSUES
16   THAT ARISE THAT I MIGHT NOT BE FULLY FAMILIAR WITH IN THE
17   DISCOVERY AND THE RECORD AT THIS POINT, THAT SHE WOULD BE ABLE
18   TO PARTICIPATE.  I JUST WANTED TO ADDRESS THAT.
19               MR. NICOLAYSEN:  I'M FINE WITH THAT, YOUR HONOR.
20               THE COURT:  ALL RIGHT.  THAT'S FINE.
21               MR. NICOLAYSEN:  YOUR HONOR, MAY I INQUIRE OF THE
22   COURT, TO WHAT EXTENT WILL ANY OF THE PROCEEDINGS OCCUR FROM
23   THIS POINT FORWARD BE ON THE RECORD?
24               THE COURT:  IT WON'T BE.  IT WILL BE IN CHAMBERS.
25   THERE WILL BE NO RECORD OF IT.  THE ONLY OTHER TIME WHERE WE
```

```
 1   MIGHT CONCEIVABLY GO ON THE RECORD IS IF THERE IS AN
 2   AGREEMENT, THEN WE'LL PUT THE AGREEMENT ON THE RECORD AND
 3   WE'LL SHIP IT TO JUDGE PREGERSON TO DO WHATEVER IT IS HE HAS
 4   TO DO.
 5              MR. NICOLAYSEN:  VERY WELL, YOUR HONOR.
 6              THE COURT:  IF WE DON'T REACH A SETTLEMENT, THERE
 7   WILL BE NO FURTHER MATTERS ON THE RECORD.
 8              MR. NICOLAYSEN:  THANK YOU.
 9              THE COURT:  OKAY.  SEE YOU FOLKS IN CHAMBERS THEN.
10         (PROCEEDINGS IN THE COURTROOM ADJOURN AT 9:46 A.M.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1            LOS ANGELES, CALIFORNIA; WEDNESDAY, SEPTEMBER 23, 2009

 2                                4:07 P.M.

 3                                 --OOO--

 4            THE COURT:  BACK ON THE RECORD IN UNITED STATES

 5   VERSUS SONNY VLEISIDES, CR-07-0134-DDP.

 6            WE HAVE HAD A SETTLEMENT CONFERENCE IN THIS CASE.  I

 7   HAVE HAD OPEN AND FRANK DISCUSSIONS WITH COUNSEL IN THIS

 8   MATTER.

 9            WE HAVE REACHED A DISPOSITION OF THIS CASE, AND THIS

10   DISPOSITION APPEARS TO BE FULLY SET FORTH IN THE WRITTEN PLEA

11   AGREEMENT FOR DEFENDANT SONNY VLEISIDES, WHICH IS IN A

12   TOTALITY OF 19 PAGES.

13            MR. VLEISIDES, HAVE YOU HAD A CHANCE TO READ THE

14   ENTIRETY OF THIS PLEA AGREEMENT?

15            THE DEFENDANT:  NOT IN ITS ENTIRETY, NO.

16            MR. NICOLAYSEN:  WELL, WE'VE GONE THROUGH IT,

17   YOUR HONOR.  AND MY CLIENT DOES UNDERSTAND WHAT THE PLEA

18   AGREEMENT PROVIDES AND THE ESSENTIAL TERMS OF THIS

19   DISPOSITION.

20            THE COURT:  DO YOU AGREE WITH THAT, MR. VLEISIDES?

21            THE DEFENDANT:  THAT'S A CORRECT STATEMENT.

22            THE COURT:  ALL RIGHT.  IS THIS YOUR SIGNATURE ON

23   THIS PLEA AGREEMENT ON PAGE 18?

24            THE DEFENDANT:  YES, IT IS.

25            THE COURT:  MR. SAUNDERS, YOUR SIGNATURE ON PAGE 18?
```

```
 1              MR. SAUNDERS:  YES, YOUR HONOR.
 2              THE COURT:  MR. NICOLAYSEN, YOUR SIGNATURE ON
 3    PAGE 19?
 4              MR. NICOLAYSEN:  IT IS, YOUR HONOR.
 5              THE COURT:  AND DO YOU FOLKS NOW KNOWLEDGE THAT THIS
 6    IS THE RESULT OF THE PLEA NEGOTIATIONS AND THE SETTLEMENT
 7    DISCUSSIONS THAT WE HAD TODAY.
 8              MR. NICOLAYSEN:  IT IS, YOUR HONOR, YES.
 9              THE COURT:  MR. SAUNDERS.
10              MR. SAUNDERS:  YES.
11              THE COURT:  AND MR. VLEISIDES.
12              THE DEFENDANT:  YES, SIR.
13              THE COURT:  OKAY.  THE COURT WILL ALSO MAKE A
14    FINDING ON THE RECORD THAT THIS DISPOSITION THAT HAS BEEN
15    REACHED AND REFLECTED IN THIS WRITTEN PLEA AGREEMENT IS BASED
16    UPON THE MERITS OF THIS CASE AND IS NOT THE RESULT OF OR IN
17    RESPONSE TO ANY CONCERNS REGARDING THE CONDUCT OF COUNSEL OR
18    THE PARTIES.
19              I MAKE THIS FINDING BASED UPON MY PARTICIPATION IN
20    CONDUCTING THIS SETTLEMENT CONFERENCE AND IN MY SPECIFIC
21    DISCUSSIONS WITH COUNSEL FOR BOTH SIDES DURING THE COURSE OF
22    THIS SETTLEMENT DISCUSSION.
23              ALL RIGHT.  AT THIS TIME, THEN WE WILL CONCLUDE
24    HERE.  YOU FOLKS ARE DIRECTED TO REPORT TO JUDGE PREGERSON
25    TOMORROW MORNING AT 10:30 A.M. IN HIS COURTROOM FOR THE TAKING
```

```
 1   OF THE PLEA PURSUANT TO THIS PLEA AGREEMENT.
 2            AND AS I SAID BEFORE, COUNSEL, PLEASE ENSURE THAT
 3   YOU GIVE JUDGE PREGERSON A COURTESY COPY OF THIS WRITTEN PLEA
 4   AGREEMENT SUFFICIENTLY IN ADVANCE OF 10:30 SO THAT HE WILL
 5   HAVE HAD AN OPPORTUNITY TO FULLY REVIEW IT.
 6            AND MAY I ALSO SUGGEST THAT BETWEEN NOW AND 10:30,
 7   THAT MR. VLEISIDES ACTUALLY READ EVERY WORD OF THIS PLEA
 8   AGREEMENT --
 9            THE DEFENDANT:  YES.
10            MR. NICOLAYSEN:  YES.
11            THE COURT:  -- IN ANTICIPATION OF THE OFFER OF THE
12   PLEA.
13            MR. NICOLAYSEN:  WE WILL DO THAT, YOUR HONOR.
14            THE COURT:  ALL RIGHT.  ANYTHING FURTHER AT THIS
15   TIME, MR. SAUNDERS?
16            MR. SAUNDERS:  NO, YOUR HONOR.  THANK YOU FOR YOUR
17   TIME.
18            THE COURT:  YES.
19            MR. NICOLAYSEN.
20            MR. NICOLAYSEN:  NO, YOUR HONOR.  THANK YOU AGAIN
21   FOR THE COURT'S TIME.
22            THE COURT:  YOU'RE VERY WELCOME.  ALL RIGHT.  WE'LL
23   STAND ADJOURNED.
24                    (PROCEEDINGS CONCLUDED.)
25                           --OOO--
```

```
 1                       CERTIFICATE

 2

 3         I HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

 4   TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

 5   CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

 6   PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

 7   TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

 8   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

 9

10   DATE:  MARCH 5, 2010.

11

12                  /S/
                    MARY RIORDAN RICKEY
13                  OFFICIAL COURT REPORTER
```