**Gregory Nicolaysen (Cal Bar 98544)**
**27240 Turnberry Lane**
**Suite 200**
**Valencia, CA 91355**
**Phone: (818) 998-2706**
**Fax: (818) 998-8427**
**Cell: (818) 970-7247**
**Email: gregnicolaysen@aol.com**

**Counsel For Defendant,**
**Sonny Vleisides**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07 - 134 - DDP - 1 |
| Plaintiff, | |
| v. | JOINT SENTENCING POSITION OF GOVERNMENT AND DEFENSE FOR DEFENDANT SONNY VLEISIDES |
| SONNY VLEISIDES, et al., | |
| Defendants. | |

    **PLAINTIFF**, United States of America, by and through Assistant U.S. Attorney Daniel A. Saunders, and **DEFENDANT** Sonny Vleisides ("defendant"), by and through his counsel of record, Gregory Nicolaysen, hereby stipulate as follows:

    1.    The condition set forth in paragraph 13(b) of the binding plea agreement, entered into by the parties pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, has been satisfied.

    2.    The Court should therefore impose the stipulated sentence set forth in paragraph 13 of the binding plea agreement

**Should the Court so request, the parties will provide additional information to the Court at the sentencing hearing demonstrating defendant's satisfaction of the condition set forth in paragraph 13(b) of the binding plea agreement. The parties will request that the transcript of any such portion of the sentencing hearing be placed under seal.**

                                              **Respectfully submitted,**

                                              **ANDRE BIROTTE, Jr.**
                                              **United States Attorney**

**DATED: September 10, 2010**        _____/S/_____
                                              **DANIEL SAUNDERS**
                                              **Assistant United States Attorney**

                                              **Attorneys for Plaintiff,**
                                              **United States of America**

[*On 09-10-2010, AUSA Daniel Saunders approved the stip and proposed order, and authorized defense counsel by email to sign and file.*]

**DATED: September 10, 2010**        _____/S/_____
                                              **GREGORY NICOLAYSEN**
                                              **Attorney for Defendant,**
                                              **Sonny Vleisides**