DUPLICATE ORIGINAL

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court)**
07-00134-DDP

**DOCKET NUMBER (Rec. Court)**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sonny Chris Vleisides | Central District CA | Western |

**NAME OF SENTENCING JUDGE**
Dean D Pregerson

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 9/15/2010
TO: 9/14/2013

**OFFENSE**

18 USC 1341; 2: Mail fraud, Aiding and Abetting

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Central___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Western District of Missouri___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-3-11
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                    *United States District Judge*